IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARITO MELVIN,

   *Plaintiff*,

v.                                  Case No.: 5:20cv51-MW/MJF

WALMART, INC.,

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 65. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 65, is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss, ECF No. 50, is **GRANTED in part and DENIED in part**. Counts Two (retaliation), Four (hostile-environment harassment), and Five (breach of contract) of Plaintiff's seventh amended complaint are **DISMISSED**. Defendant's motion is **DENIED** with respect to Count Three (failure-to-accommodate disability discrimination). This case is remanded to the

Magistrate Judge for further proceedings consistent with this order.

**SO ORDERED on December 13, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
