UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARITO MELVIN,
    Plaintiff,

vs.                                        Case No.:  5:20cv00051/MW/ZCB

WALMART, INC.,
    Defendant.
    _____/

## REPORT AND RECOMMENDATION

Plaintiff has filed a *pro se* Motion for Summary Judgment (Doc. 120). Defendant has responded by filing a Motion to Strike or for Summary Denial of Plaintiff's Motion for Summary Judgment (Doc. 121). For the reasons below, it is recommended that Plaintiff's motion be denied, and Defendant's motion be granted.

Under Federal Rule of Civil Procedure Rule 56(a), summary judgment should be granted if "the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Plaintiff's four-sentence motion is woefully inadequate to meet the Rule 56(a) standard. The motion provides no basis for granting summary judgment.

To the extent Plaintiff's motion could be construed as a motion for default judgment, it lacks merit. Plaintiff's seventh amended complaint (Doc. 47), the operative pleading in this case, does not contain a false imprisonment claim. Thus,

1

no false imprisonment claim has been properly pleaded in this case.[1]  Because no false imprisonment claim has been pleaded, Defendant had no obligation to respond to such a claim.  Defendant, therefore, cannot be found in default.

For the reasons above, it is respectfully **RECOMMENDED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. 120) be **DENIED.**

2. Defendant's Motion to Strike or for Summary Denial of Plaintiff's Motion for Summary Judgment (Doc. 121) be **GRANTED** to the extent that Plaintiff's motion is denied.

At Pensacola, Florida, this 16th day of December 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's**

---

[1] Plaintiff has filed a motion titled "Motion for Sanctions for False Imprisonment and Judicial Misconduct" (Doc. 118).  Filing such a motion does not result in an amendment of Plaintiff's complaint.  If Plaintiff wants to add a false imprisonment claim, then she needs to file a motion for leave to amend in accordance with Federal Rule of Civil Procedure 15 and Local Rule 15.1.

3

**order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

3