IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARITO MELVIN,

    *Plaintiff*,

v.                                      Case No.: 5:20cv51-MW/ZCB

WALMART, INC.,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 124. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 124, is **accepted and adopted** as this Court's opinion. Accordingly, Plaintiff's motion for summary judgment, ECF No. 120, is **DENIED**. Defendant's motion to strike or for summary denial of Plaintiff's motion for summary judgment, ECF No. 121, is **GRANTED** to the extent the motion for summary judgment is denied. This matter is referred to the Magistrate

Judge for further proceedings.

**SO ORDERED on January 17, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**