IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARITO MELVIN,

   *Plaintiff*,

v.                                Case No.: 5:20cv51-MW/ZCB

WALMART, INC.,

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

      This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 139. This Court does not lightly dismiss cases based on a plaintiff's failure to attend their deposition but given Plaintiff's repeated refusals to sit for her deposition notwithstanding ample opportunities provided to her and counsel's attempts to make it as convenient as possible, this Court agrees with the Magistrate Judge that this sanction is appropriate here. Upon consideration, no objections[1] having been filed by the parties,

    **IT IS ORDERED:**

---

[1] Indeed, Plaintiff has also had ample opportunity to file objections, and she has proven to be adept at filing papers with this Court throughout the pendency of this case.

The report and recommendation, ECF No. 139, is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss, ECF No. 132, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** with prejudice." Plaintiff's motions, ECF Nos. 122 and 128, are **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on February 22, 2023.**

s/Mark E. Walker             
**Chief United States District Judge**